Hydee J. Mulichak, Esq., Barry Gardner
& Kincannon, Newport Beach, CA, for Appellee.

Before O'SCANNLAIN, CALLAHAN,
and BEA, Circuit Judges.

MEMORANDUM **

Gregory M. Burke appeals pro se the district court's judgment dismissing for lack of jurisdiction his appeal of a bankruptcy court's order awarding sanctions. We review de novo, *Alexander v. Delaney (In re Delaney),* 29 F.3d 516, 517 (9th Cir.1994) (per curiam), and we dismiss.

The district court properly dismissed Burke's appeal for lack of jurisdiction because Burke failed to timely file his notice

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

of appeal within 10 days of entry of the bankruptcy court's order awarding sanctions. *See* Fed. R. Bankr.P. 8002(a) and (c); *Anderson v. Mouradick (In re Mouradick),* 13 F.3d 326, 327–28 (9th Cir.1994) (holding that the bankruptcy court could not extend a deadline for filing a notice of appeal beyond the 20 day extension period allowed by the bankruptcy rules).

Burke's contention that the doctrine of unique circumstances should apply is without merit because Burke did not perform an act which, if properly done, would have postponed the deadline for filing his appeal. *See id.* at 329. Furthermore, contrary to Burke's contention, the record shows that the bankruptcy court did not explicitly gave Burke 90 days to pay the sanctions, not 90 days to file his appeal.

We reject Burke's contention that his notice of appeal encompasses the order denying his motion for reconsideration. *See* Fed. R. Bankr.P. 8002(b).

DISMISSED.

Richard I. FINE, Plaintiff—Appellant,

v.

J. Stephen CZULEGER, an individual;
et al., Defendants—Appellees.

No. 04–56640.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 5, 2005.

Richard I. Fine, Esq., Law Offices of Richard I. Fine, Beverly Hills, CA, pro se.

Sarah L. Overton, Esq., Cummings McClorey Davis Acho and Associates, Riverside, CA, Brenda L. McCormick, Esq., Benton, Orr, Duval & Buckingham, Ventura, CA, for Defendants–Appellees.

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM **

California attorney Richard I. Fine appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion to vacate the order dismissing his 42 U.S.C. § 1983 action. To the extent we have jurisdiction it is conferred by to 28 U.S.C. § 1291.

Because Fine failed to file his motion to vacate within 10 days after entry of the final order, the motion to vacate did not toll the time to file an appeal. *See* Fed. R.App. P. 4(a)(4)(A)(vi). Therefore, we lack jurisdiction to address the order entered by the district court on July 28, 2004. *See Am. Ass'n of Naturopathic Physicians v. Hayhurst,* 227 F.3d 1104, 1109 (9th Cir. 2000).

We review for abuse of discretion the district court's denial of a Fed.R.Civ.P. 60(b) motion. *See Bateman v. United States Postal Serv.,* 231 F.3d 1220, 1223

(9th Cir.2000). The district court did not abuse its discretion in denying Fine's Rule 60(b) motion because he failed to demonstrate mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, or any other basis for relief from judgment. *See id.*

Fine's request for judicial notice is denied.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

